UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND BUMBALES, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18 CV 13 JMB |
| ) | |
| CITY OF VANDDALIA, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant Chase Waggoner and against Plaintiffs on their claim of wrongful termination in Count IV of their First Amended Complaint.

Dated this 25th day of July, 2018.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE