UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM PARKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:18 CV 13 JMB |
| ) | |
| CITY OF VANDALIA, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADGUDGED AND DECREED** that summary judgment is entered in favor of Defendant Chase Waggoner on Plaintiffs William Parker and William Jones' Second Amended Complaint.

/s/ ***John M. Bodenhausen***
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of March, 2021.