UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM PARKER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:18 CV 13 JMB |
| CITY OF VANDALIA, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

# JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADGUDGED AND DECREED** that summary judgment is entered in favor of Defendants City of Vandalia, Missouri, Christopher Hammann, Gabriel Jennings, Robert Dunn, John Weiser, Dempsey Dixon, Ralph Kuda, Deborah Hopke, Ramon Barnes, Janet Turner, Teresa Wenzel, Donald Elkins, and W. Alan Winders on Plaintiffs William Parker and William Jones' Second Amended Complaint.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of March, 2021.